FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 04 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Lea Anne Scott, Pro Se
Email: Lakeartco@gmail.com
1504 West 14th Avenue
Spokane, Washington 99204
Telephone: 509-951-5380

Acting in Pro Se Capacity

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OBSIDIAN FINANCE GROUP, LLC and KEVIN D. PADRICK, | ) ) ) Civil No. 2:12-mc-00017-JPH ) |
| Plaintiffs, | ) |
| v. | ) OBJECTION TO MOTION TO COMPEL ) LEA ANNE SCOTT, PRO SE, |
| CRYSTAL COX, | ) TO COMPLY WITH SUBPOENA ) *DUCES TECUM* |
| Defendant. | ) |

I, Lea Anne Scott, Pro Se, object to this motion to compel and Judge James P. Hutton's order to order granting motion to compel me to be deposed in this matter as follows:

1. I was never properly served. Process server, T. Bradley, lied in the Declaration of Service, No. CV110057HZ. Obsidian Finance vs. Crystal Cox. and stated "That on the 3rd day of November, 2012 @ 02:31 PM, at the address of 1504 WEST 14TJ, Spokane, within SPOKANE county, WA, the undersigned duly served ONE copuy(ies) of the following document(s): CHECK FOR $45.10, DEPOSITION SUBPOENA *DUCES TECUM* IN A CIVIL CASE, in te above entitled action, personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with , being a person of suitable age and

> discretion, then resident therein. FEMALE I KNOW FROM PREVIOUS SERVICES ANSWER THE DOOR AND WAS HOSTILE FROM THE GET GO, CAR HERE 603WHH, LEFT THE PAPERS IN HER PERSENCE (sic) KICKED THE PAPERS BACK OUT AT ME SLAMMED THE DOOR I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. date: 11/5/12 signed T. Bradley, Registered Process Server, License #: 1327, Eastern Washington Attorney Services, INC. 1201 North Ash #100, Spokane, WA 99201 509-325-0001."

I, Lea Anne Scott was not served by this person as stated above and the foregoing is a lie. T. Bradley has defamed me and perjured his or her self in this statement. I did not see T. Bradley and do not even know if it is a man or a woman. It therefore follows, that I was not hostile, nor did I kick papers back at said process server nor slam the door. T. Bradley lied, defamed me and perjured his or her self in a Federal case. I will be sueing T. Bradley.

2. I object to being deposed in the matter of Obsidian v. Cox. I am considered to be a *disqualified individual* as noted in Washington State law - RCW 5.60.060, 1, 3 and 9 as follows:

As previous Domestic Partners, Myself, Lea Anne Scott and Pro Se Defendant Crystal Cox have the right of Privileged Communication by WA State Domestic Partners Law.

> "(1) A spouse or domestic partner shall not be examined for or against his or her spouse or domestic partner, without the consent of the spouse or domestic partner; nor can either during marriage or during the domestic partnership or afterward, be without the consent of the other, examined as to any communication made by one to the other during the marriage or the domestic

partnership."

I am a registered Minister under the International Assembly of Spiritual Healers and Earth Stewards Congregations, and have been since November 16th, 2001. (Exhibit 1).

> (3) "A member of the clergy, a Christian Science practitioner listed in the Christian Science Journal, or a priest shall not, without the consent of a person making the confession or sacred confidence, be examined as to any confession or sacred confidence made to him or her in his or her professional character, in the course of discipline enjoined by the church to which he or she belongs."

I provided counseling services to Crystal Cox as such am protected and disqualified from examination."

Furthermore, I am a Hypnotherapist, who provided confidential and protected services to Miss Cox. (Exhibit 2).

> (9) A mental health counselor, independent clinical social worker, or marriage and family therapist may not disclose, or be compelled to testify about, any information acquired from persons consulting the individual in a professional capacity when the information was necessary to enable the individual to render professional services to those persons."

3.   I object to Exhibit 1 of David Aman's Declaration, although Crystal Cox, defendant, obtained a judgement against her in the amount of 2.5 million dollars in the above named case, Judge Marco Hernandez later ruled against Aman and Padrick in their attempts to unlawfully seize domain names from Ms Cox. I object on the matter of previous Rulings by Judge Marco Hernandez in this same regard.

Document 127 to 135 of Obsidian Vs. Cox were regarding motions to Compel information regarding alleged assets. Motion to Compel myself, Lea Anne Scott, Pro Se, is related to the same issues.

Document 136 and 137 of Obsidian V. Cox are Post Judgement motions where by David Aman sues Eliot Bernstein for alleged asset of Pro Se Defendant Crystal Cox and information regarding Blogger Crystal Cox. Document 138 is Judge Marco Hernandez Ruling on this Matter, which is as follows.

Judge Marco Hernandez Denied David Aman access to Summons Eliot Bernstein in regard to Post Judgement and alleged assets. Judge Marco Hernandez Ruling, Document 138 Ruling Stating "ORDER: STRIKING the supplemental complaint 136 and proposed summons 137 for failure to comply with FRCP 15(d) which requires that the party seeking to file a supplemental complaint 1st Cir. 2008) (supplemental complaint cannot be filed as a matter of course).

The ruling states: In any motion for leave to file a st do so by motion. Fed. R. Civ. P. 15(d); see also Connectu, LLC v. Zuckerberg, 522 F.3d 82, 90 (supplemental complaint, plaintiffs are requested to thoroughly address, with relevant authority, the following issues: (1) this Court's jurisdiction over the matter given that a Notice of Appeal has been filed; (2) whether a supplemental complaint is allowed post-judgment; (3) why the alleged fraudulent transfer claim should be raised in a supplemental complaint as opposed to bringing it in a new action. Ordered by Judge Marco A. Hernandez. Copy of this order emailed and mailed to defendant Crystal Cox. (mr) (Entered: 05/11/2012)"

4. It is my assertion that domain names are not an asset but a liability not unlike a leased car, they may be re-leased every year for a fee or released entirely. In truth, they belong to GoDaddy or other such entity much as a mortgaged house belongs to the bank rather than to the person who lives in it and pays the mortgage every month.

5. The protective order that David Aman slyly attached to his Declaration as Exhibit 4, has nothing to do with this matter, it was an unrelated issue of discovery and according to the court docket was terminated long ago. This has nothing to do with me,

Lea Anne Scott.

6. David Aman has full knowledge, included as an exhibit in his declaration, that I do not have in my possession any Domain names of Crystal Cox, who provided David Aman with her GoDaddy account number, mine, and that of Elliot Bernstein. As shown in Exhibit 3, page 1 of 53 in the Declaration of David Aman In support of Motion To Compel Lea Anne Scott To Comply With Subpoena Duces Tecum, Civil No 2:12-mc00017-JHP

7. Magistrate Judge James P. Hutton, Yakima, violated my rights by ruling on this matter before the 14 day response period was past, thereby preventing my lawful right to objection. This is an egregious violation of my rights.

CERTIFICATE OF SERVICE

I hereby certify that i served the foregoing OBJECTION TO MOTION TO COMPEL LEA ANNE SCOTT TO COMPLY WITH SUBPOENA *DUCES TECUM* on:

Crystal Cox
P.O. Box 2027
Port Townsend, WA 96368
savvybroker@yahoo.com

Judge Marco A. Hernandez
1427 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2944
Michelle_Rawson@ord.uscourts.gov

David Aman
Tonkon Torp LLP
1600 Pionee Tower
888 S.W. Fifth Avenue
Portland, OR 97204-2099
david.aman@tonkon.com

Steven M. Wilker
Tonkon Torp LLP
1600 Pioneer Tower 888 5th Avenue
Portland, OR 97204-2099
steven.wilker@tonkon.com

United States District Court,
Eastern District of Washington
920 West Riverside Avenue, Room 840,
Spokane, WA 99201

by email and by mailing a copy thereof in a sealed, first class postage envelope, addressed to each person's last known address and depositing in the U.S. mail at Spokane, Washington on the date set forth below.

Dated this 4th day of December, 2012.

By _____
Lea Anne Scott, Pro Se
1504 West 14th Avenue
Spokane, WA 99204
lakeartco@gmail.com
509-951-5380