UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OBSIDIAN FINANCE GROUP, LLC, and KEVIN D. PADRICK,<br><br>      Plaintiffs,<br><br>  v.<br><br>CRYSTAL COX,<br><br>      Defendant. | No. 12-mc-00017-JPH<br><br>ORDER DENYING MOTION TO QUASH SUBPOENA DUCES TECUM |

On December 4, 2012, Lea Anne Scott, pro se, filed an objection to the Court's order compelling her to comply with subpoena duces tecum. ECF No. 7. The Court accepts the objection, ECF No. 7, and treats it as a Motion to Quash Subpoena Duces Tecum under CR 45(c)(3)(A) or (B).

The Motion to Quash Subpoena Duces Tecum, **ECF No. 7**, is **DENIED**.

**IT IS FURTHER ORDERED** that:

Lea Anne Scott shall comply with the Court's order entered November 27, 2012, in all respects. ECF No. 5.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

ORDER DENYING MOTION BY LEA ANNE SCOTT
TO QUASH SUBPOENA *DUCES TECUM* - 1

1    DATED this 5th day of December, 2012.

2                                    S/ James P. Hutton
                                     JAMES P. HUTTON
3                              UNITED STATE MAGISTRATE JUDGE

28   ORDER COMPELLING LEA ANNE SCOTT TO COMPLY
     WITH SUBPOENA *DUCES TECUM* - 2