FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 03 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Pro Se Defendant
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

## U.S. District Court Eastern District of Washington

Obsidian Finance Group LLC and
Kevin D. Padrick,

      Plaintiff's,

                                               Civil No. 2:12-mc-00017-JPH

                                               Motion to File Electronically

Crystal Cox,

      Defendant

### Motion / Proposed Order to Allow Defendant Crystal L. Cox to submit documents, court filings, responses electronically in this court.

I, Defendant Crystal Cox, in my Pro Se Capacity, request this court's permission to submit filings electronically in this case.

Defendant Crystal Cox alleges it to be the most cost effective way for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings, documents and motions electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. Defendant Crystal Cox moves this court to grant permission allow Defendant Cox to file documents in this case electronically.



Submitted Respectfully by

Pro Se Defendant
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

## Certificate of Service:

I hereby certify that I served the foregoing on May 1st, 2013

Mailed to:

United States District Court
Eastern District of Washington
920 West Riverside Avenue, Room 840,
Spokane, WA 99201

*[signature]*

Submitted Respectfully by

Pro Se Defendant
Crystal L. Cox
Crystal@CrystalCox.com
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368